**Abatement Order filed September 16, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00313-CR

_____

**NORMAN ANDREW PUCKETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1374245**

---

### ABATEMENT ORDER

The reporter's record in this case was due **June 9, 2014**. *See* Tex. R. App. P. 35.1. The official court reporter, Kathleen O'Connor Powers, filed eight volumes of the record on May 27, 2014. On June 12, 2014, this court granted an extension of time to the substitute reporter, **Patricia Palmer**, to file the remaining volume of the record by July 9, 2014. On July 8, 2014, we granted a second extension of time to file the remaining volume until August 8, 2014, noting that no further extensions

would be granted absent exceptional circumstances. On August 18, 2014, the reporter filed a third request for an extension of time to file the reporter's record. This court issued an order denying the motion and ordering Patricia Palmer to file the record within twenty days, and the court advised the court reporter that if the record was not filed, the court would direct the trial court to conduct a hearing to determine the reason for failure to file the record.

The remaining record has not been filed with the court. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). Because the reporter's record has not been filed timely as ordered, we issue the following order.

We direct the judge of the **180th District Court** to conduct a hearing at which the substitute court reporter, **Patricia Palmer,** appellant's counsel, and appellee's counsel shall participate to (a) determine the reason for failure to file the record; (b) establish a date certain when the reporter's record will be filed, and (c) make findings as to whether the court reporter should be held in contempt of court for failing to file the reporter's record timely as ordered. We order the court to prepare a record, in the form of a reporter's record, of the hearing. The judge shall make findings of fact and conclusions of law, and shall order the trial clerk to forward to this court a supplemental clerk's record containing the findings and conclusions. The hearing record and supplemental clerk's record shall be filed with the clerk of this court **within 30 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. **If the court reporter files**

**the record prior to the date set for the hearing, the appeal will be reinstated and the trial court need not hold a hearing.**

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.